IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GUILLERMO MURILLO MOLINA | § |
| | § |
| v. | § CIVIL ACTION NO. 4:17-cv-00017 |
| | § |
| COLLIN COUNTY, TEXAS and | § |
| ROBERT LANGWELL | § |

**ORDER GRANTING JOINT AGREED MOTION FOR
EXTENSION OF TIME FOR DISPOSITIVE MOTION AND EXPERT DEADLINES**

The Court, having considered the JOINT AGREED MOTION FOR EXTENSION OF TIME FOR DISPOSITIVE MOTION AND EXPERT DEADLINES (Dkt. #18) filed by the parties herein, is of the opinion that such Motion should be granted.

**IT IS THEREFORE ORDERED** that the JOINT AGREED MOTION FOR EXTENSION OF TIME FOR DISPOSITIVE MOTION AND EXPERT DEADLINES be and hereby is granted and the SCHEDULING ORDER entered April 12, 2017, be and hereby are modified as follows:

(1) the deadline for motions to dismiss, motions for summary judgment, or other dispositive motions be extended until **August 18, 2017;**

(2) the deadline for Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) be extended until **July 7, 2017**; and

(3) the deadline for Defendants' disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) be extended until **August 7, 2017.**

All other deadlines contained in the SCHEDULING ORDER of April 12, 2017 shall remain in effect.

**SIGNED this 28th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE